**UNITED STATES of America,**
**Appellee,**

v.

**Gary Dewitt MILLER, also known**
**as 'G', Appellant.**

**No. 01–1972.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 2, 2002.

Decided April 4, 2002.

---

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

PER CURIAM.

Gary Dewitt Miller pleaded guilty to conspiracy to distribute cocaine, in violation of 21 U.S.C. § 846. The district court[1] found Miller ineligible for safety-valve relief under U.S.S.G. § 5C1.2 and sentenced him to 60 months in prison, the statutory minimum, and 4 years supervised release. On appeal, counsel has moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has filed a brief raising the issue whether the district court erred in denying safety-valve relief. After careful review of the record, we affirm.

The district court did not err because Miller's Category II criminal history made him ineligible for safety-valve relief. *See* U.S.S.G. § 5C1.2. Even if the district court had granted Miller a downward departure under U.S.S.G. § 4A1.3 to a Category I criminal history, as Miller had requested, he still would not have qualified for the safety-valve reduction. *See United States v. Langmade*, 236 F.3d 931, 931–32 (8th Cir.2001) (per curiam); *Webb*, 218 F.3d at 881.

Accordingly, we affirm and grant counsel's motion to withdraw.

A true copy.

A true copy.

---

1. The HONORABLE JAMES M. ROSENBAUM, Chief Judge, United States District Court for the District of Minnesota.